THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE,
*v.* HENDERSON, APPELLEE AND CROSS-APPELLANT.

[Cite as *State v. Henderson* (1993), 66 Ohio St.3d 1219.]

(No. 92–1004—Submitted April 6, 1993—Decided May 12, 1993.)

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *George Rukovena*, Assistant Prosecuting Attorney, for appellant and cross-appellee.

*Hyman Friedman*, Cuyahoga County Public Defender, and *Beverly J. Pyle*, Assistant Public Defender, for appellee and cross-appellant.

The appeal and cross-appeal are dismissed, *sua sponte*, as having been improvidently allowed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents, and would affirm on the issue of murder, but would reverse on the issue of forgery and tampering with records.